IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RENUKA SINGH, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:17cv1269 |
| NANCY A. BERRYHILL | ) |

## ORDER

On July 5, 2018, United States Magistrate Judge John Anderson entered a Report and Recommendation ("Report") in this social security case, recommending that defendant's motion for summary judgment be granted and that plaintiff's motion for summary judgment be denied. Specifically, Judge Anderson found (i) that the Administrative Law Judge's ("ALJ") decision denying plaintiff's request for social security disability benefits was supported by substantial record evidence and (ii) that the ALJ applied the appropriate legal standards when evaluating the record evidence.

Upon consideration of the record and Judge Anderson's thorough and well-reasoned Report, to which no objections have been filed, and having found no clear error,[1]

---

[1] See Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

The Court **ADOPTS**, as its own, the findings of fact and recommendations of Judge Anderson as set forth in his Report (Doc. 31).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for summary judgment (Doc. 21) is **DENIED**.

It is further **ORDERED** that defendant's motion for summary judgment (Doc. 23) is **GRANTED**.

The Clerk of Court is directed to enter Rule 58 judgment in favor of the defendant.

The Clerk of the Court is further directed to provide a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
July 20, 2018

/s/
T. S. Ellis, III
United States District Judge